**Joshua K. Smith, OSB No. 075255**
jsmith@gleaveslaw.com
**Cassie K. Jones, OSB No. 083806**
jones@gleaveslaw.com
**Gleaves Swearingen LLP**
P.O. Box 1147
Eugene, Oregon 97440-1147
(541) 686-8833
(541) 345-2034 (fax)

Lead Attorneys for Phillips 66 Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **PHILLIPS 66 COMPANY,**<br><br>Plaintiff,<br><br>vs.<br><br>**WBP DIESEL, LLC,**<br><br>Defendant. | Case No.3:15-cv-02161-JE<br><br>**SUPPLEMENTAL GENERAL JUDGMENT FOR ATTORNEY FEES AND COSTS** |

THIS MATTER having come before the Court on Plaintiff's Motion for Award of Attorney Fees and Bill of Costs, and the Court having reviewed the documents submitted,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff have judgment against Defendant WBP Diesel, LLC for Plaintiff's attorney fees under the parties' contract in the amount of $25,380.73, plus post-judgment interest at the federal rate from the date of entry of this judgment until paid.

/ / / /

/ / / /

Page 1 –SUPPLEMENTAL GENERAL JUDGMENT FOR ATTORNEY FEES AND COSTS

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff have judgment against

Defendant WBP Diesel, LLC for Plaintiff's costs and disbursement in the amount of $940.00, for

Plaintiff's prevailing party fee in the amount of $300.00 plus post-judgment interest on those

amounts at the federal rate from the date of entry of this judgment until paid.

IT IS FURTHER ORDERED AND AJUDGED that in anticipation of efforts that will be

spent in post-judgment collection proceedings, Plaintiff shall file supplemental and amended

statements for attorney fees and costs from time to time, if appropriate, utilizing the procedures

set forth in FRCP 54 and 58.

DATED this 5TH day of August , 2016.

_____
Honorable District Court Judge _____

Submitted by:
Joshua K. Smith, OSB No. 075255
Jsmith@gleaveslaw.com
Cassie K. Jones, OSB No. 083806
jones@gleaveslaw.com
Of Attorneys for Plaintiff

Page 2 –SUPPLEMENTAL GENERAL JUDGMENT FOR ATTORNEY FEES AND COSTS